DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAKOTA RAIN REA,**
Appellant,

v.

**CITY OF FORT LAUDERDALE,**
Appellee.

No. 4D2025-0702

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kevin P. Tynan, Judge; L.T. Case No. 062025MH000423A001CE.

Dakota Rain Rea, Fort Lauderdale, pro se.

D'Wayne Michael Spence, Interim City Attorney, and Julie Steinhardt, Assistant City Attorney, City of Fort Lauderdale, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***